WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
E-Mail: jsliker@lvnvlaw.com
*Attorneys for Defendants*
*Larry Matney and LV*
*Gregory's TX, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ASHLEYYNN M. CLARE, <br><br> Plaintiff, <br><br> v. <br><br> LARRY MATNEY, individually, LV GREGORY'S TX, LLC, a Nevada Limited Liability Company, TX GREGORY'S LV, LLC, a Texas Limited Liability Company, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:12-cv-01801-JCM-GWF <br><br><br> **STIPULATION & ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff, ASHLEYLYNN

CLARE, and Defendants, LARRY MATNEY and LV GREGORY'S, TX, LLC, through their

respective attorneys of record, that Plaintiff's claims against Defendants in the above-entitled

matter shall be dismissed, with prejudice, each party to bear its own costs and

. . .

. . .

. . .

- - -

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN RD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

585.52

1   fees.

2   DATED this 13th day of May, 2013.          DATED this 16th day of May, 2013.

3   THE FIRM, P.C.                             BARRON & PRUITT, LLP

4

5   By: _____               By: _____
6       RYAN M. ALEXANDER, ESQ.                    WILLIAM H. PRUITT, ESQ.
        Nevada Bar No. 10845                       Nevada Bar No. 6783
7       200 E. Charleston Blvd.                    JOSHUA A. SLIKER, ESQ.
        Las Vegas, NV 89104                        Nevada Bar No. 12493
8       *Attorneys for Plaintiff*                  3890 West Ann Road
                                                   North Las Vegas, Nevada 89031
9                                                  *Attorneys for Defendants Larry Matney*
                                                   *And LV Gregory's TX, LLC*
10

11

12                                    **ORDER**

13          Based upon the foregoing stipulation by Plaintiff and Defendants and good cause

14   appearing therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the above-

15   entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own

16   attorney's fees and costs.

17          DATED May 17, 2013.

18

19                                    _____
20                                    UNITED STATES DISTRICT JUDGE

21   Respectfully Submitted,

22   BARRON & PRUITT, LLP

23

24   By: _____
         WILLIAM H. PRUITT, ESQ.
25       Nevada Bar No. 6783
         JOSHUA A. SLIKER, ESQ.
26       Nevada Bar No. 12493
         3890 West Ann Road
27       North Las Vegas, Nevada 89031
         *Attorneys for Defendants Larry Matney*
28       *and LV Gregory's TX, LLC*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

583.52